**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Efren Santivanz GOMEZ,**
**Defendant–Appellant.**

**No. 09–10520.**

United States Court of Appeals,
Ninth Circuit.

Submitted Sept. 13, 2010.*

Filed Oct. 4, 2010.

John Norman Glang, Office of The U.S. Attorney, San Jose, CA, for Plaintiff–Appellee.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

Efren Santivanz Gomez, Taft, CA, pro se.

Before: SILVERMAN, CALLAHAN, and N.R. SMITH, Circuit Judges.

MEMORANDUM **

Federal prisoner Efren Santivanz Gomez appeals pro se from the district court's denial of his motion to reduce his 140–month sentence pursuant to 18 U.S.C. § 3582(c)(2). We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Gomez contends that the district court erred by failing to reduce his sentence based on Amendment 709 of the United States Sentencing Guidelines. The district court did not err because the sentence was not based on a sentencing range that has since been lowered by the Sentencing Commission. *See United States v. Paulk,* 569 F.3d 1094, 1095 (9th Cir.2009) (per curiam). Moreover, Amendment 709 to U.S.S.G. § 4A1.2(c)(1) would not affect the assignment of criminal history points to Gomez's prior offenses. *See* U.S.S.G. § 4A1.2(c).

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.